UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number: 18-14249-CIV-MARTINEZ-MAYNARD**

CLAUDIA A.T. COREY CHURCH,
Plaintiff,

vs.

STONEMOR GP LLC,
Defendant.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 27]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorneys' fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of July, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record